IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Grant M. Saxena<br>Plaintiff,<br><br>vs.<br><br><br>Carmen Paulina Martinez-Diaz Saxena,<br>Defendant. | Civil Action No.:2:21-cv-02197-JAD-DJA<br>Lloyd D George Courthouse<br>333 S Las Vegas Blvd, Las Vegas, NV 89101<br><br>Honorable Magistrate Judge Albregts<br><br>11/27/2022<br>REQUEST FOR TIME EXTENSION TO<br>FILE REPRESENTED COMPLAINT |

### REQUEST FOR TIME EXTENSION TO FILE REPRESENTED COMPLAINT

   Kindly accept the request for extension of time to file a Complaint represented by a federally credentialed Attorney in the Civil Action: 1-22-cv-02197-JAD-DJA.


                                     Respectfully Submitted,

/s/ *Captain Grant Mitchell Saxena, U.S.A. Retired*

Captain Grant Mitchell Saxena, U.S.A., Retired

Dated this 27th day of November 2022

Pro Se Litigant

9101 W. Sahara Ave, Ste 105, #1436

Las Vegas, NV 89117

303-941-8772

grant.saxena@gmail.com /s/

## MEMORANDUM OF POINTS AND AUTHORITY

1. On 7/31/2022, Plaintiff filed the second amended complaint through lv_public_docketing@nvd.uscourts.gov.

2. On 10/26/2022, the Court ordered dismissal with final leave to amend the Complaint.

3. On 11/18/2022, Plaintiff filed a Motion for Appointment of Pro-Bono Counsel.

4. On 11/27/2022, Plaintiff sent a Request for Time Extension To File Complaint.

## LAW

### Federal Rules of Civil Procedure

Rule 8. General Rules of Pleading

(a) Claim for Relief. A pleading that states a claim for relief must contain:

(1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;

(2) a short and plain statement of the claim showing that the pleader is entitled to relief; and

(3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

**CONCLUSION**

5. The Veterans Affairs 100% permanent and totally service-disabled Plaintiff will only be able to complete the proper complaint filing with the aid of a retained federal Attorney.

**PRAYER FOR RELIEF**

6. I beg the Court to please grant the sixty (60) day time extension requested, which will be used to file the proper final complaint represented through a federally barred Attorney under Fed. R. Civ. P. 8 (a)(2).

Very Respectfully Requested,

/s/ *Captain Grant Mitchell Saxena U.S.A. Retired*

Captain Grant Mitchell Saxena, U.S.A., Retired

Dated this 27th day of November 2022

Pro Se Litigant

9101 W. Sahara Ave, Ste 105, #1436

Las Vegas, NV 89117

303-941-8772

grant.saxena@gmail.com /s/

Having reviewed Plaintiff's motion to extend, the Court finds that it meets the good cause standard as required by Local Rule IA 6-1(a).  **IT IS THEREFORE ORDERED** that Plaintiff's motion (ECF No. 20) is **GRANTED.**  Plaintiff shall have until **January 30, 2023** to file an amended complaint.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 30, 2022